GOODMAN TOYOTA v. CITY OF RALEIGH

No. 499P83.

Case below: 63 N.C. App. 660.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1984.

GRIFFITTS v. THOMASVILLE FURNITURE CO.

No. 15P84.

Case below: 65 N.C. App. 369.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1984.

IN RE WILL OF MAYNARD

No. 548P83.

Case below: 64 N.C. App. 211.

Petition by propounders for discretionary review under G.S. 7A-31 denied 6 March 1984.

McKAY v. PARHAM

No. 427P83.

Case below: 63 N.C. App. 349.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1984.

MARTIN v. PETROLEUM TANK SERVICE

No. 72P84.

Case below: 65 N.C. App. 565.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 6 March 1984.